UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   v.<br><br>QUOC TRUNG LE, et al.<br><br>                Defendants. | CASE NO. CR06-319JLR<br><br>ORDER |

     This matter comes before the court on Defendant San Thi Le's Motion for Severance (Dkt. # 172), Defendant Chinda Tes's Motion to Join Motion to Sever Defendants (Dkt. # 178), and Defendant Kim Ahn Hoang's Motion for Severance (Dkt. # 179). The court refers to these three defendants collectively as "the Moving Defendants."

     There are seventeen defendants in this matter. Fourteen defendants are named in Count 1 related to drug trafficking. These fourteen defendants are also named in the conspiracy to engage in the money laundering allegations of Count 2 along with the Moving Defendants. The allegedly illegal source of the funds involved in the money laundering conspiracy is drug trafficking.

ORDER – 1

As a general matter, defendants who are jointly charged are jointly tried. <u>United States v. Gay</u>, 567 F.2d 916, 919 (9th Cir. 1978). The Ninth Circuit has held that this principle applies in conspiracy cases. <u>United States v. Marsical</u>, 939 F.2d 884, 885 (9th Cir. 1991); <u>United States v. Escalante</u>, 637 F.2d 1197, 1201 (9th Cir. 1980). At this time, the Moving Defendants have not established a significant risk that a joint trial would prejudice their respective rights. <u>See</u> <u>United States v. Gonzalez</u>, 749 F.2d 1329, 1333 (9th Cir. 1984). The court therefore DENIES the Moving Defendants' motions to sever (Dkt. ## 172, 178, 179).

Dated this 6th day of December, 2006.

JAMES L. ROBART
United States District Judge